UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL COLEMAN,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Cause No. 1:15-cr-0064-JMS-DML |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

COUNT ONE
(Felon in Possession of a Firearm and Ammunition)
18 U.S.C. § 922(g)(1)

On or about February 23, 2015, within the Southern District of Indiana, Indianapolis Division, and elsewhere within the jurisdiction of the Court, the defendant,

MICHAEL COLEMAN,

having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

      Intimidation, a class D felony, Cause No. 49F09-1308-FD-053165, in Marion County Superior Court, Indiana, on or about November 7, 2013;

      Aggravated Battery, a class B felony, Cause No. 49G06-0104-CF-090127, in Marion County Superior Court, Indiana, on or about February 8, 2002, and;

      Resisting Law Enforcement, a class D felony, Cause No. 49F15-0105-DF-113863, in Marion County Superior Court, Indiana on or about December 19, 2001,

did knowingly possess in and affecting commerce any firearm, to wit: a Taurus .45 caliber pistol, serial number NAU86367, loaded with twelve (12) rounds of ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT TWO
Possession with Intent to Distribute a Controlled Substance
21 U.S.C. § 841(a)(1)

On or about February 23, 2015, within the Southern District of Indiana and elsewhere within the jurisdiction of the Court, the defendant,

MICHAEL COLEMAN,

did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT THREE
Possessing a Firearm in Furtherance of a Drug Trafficking Crime
18 U.S.C. § 924(c)

On or about February 23, 2015, within the Southern District of Indiana, Indianapolis Division, and elsewhere within the jurisdiction of the Court, the defendant,

MICHAEL COLEMAN,

did knowingly possess any firearm, to wit, a Taurus .45 caliber pistol, serial number NAU86367, in furtherance of a drug trafficking crime, that is, possession with intent to distribute a controlled substance.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

1. The allegations in Count One and Two of this Indictment are realleged as if fully set forth here, for the purpose of giving the defendant notice that the United States intends to seek forfeiture of various property pursuant to Title 18, United States Code, Sections 924 and 2253, and Title 28, United States Code, Section 2461.

2. If convicted of any of the offenses set forth in Counts One through Three of the Indictment, MICHAEL COLEMAN, defendant herein, shall forfeit to the United States the defendant's interest in property seized by law enforcement on or about February 23, 2015, including but not limited to a Taurus .45 caliber pistol, serial number NAU86367, and twelve (12) rounds of ammunition.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
UNITED STATES ATTORNEY

by: _____
Jeffrey D. Preston
Assistant United States Attorney