UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15-cr-00064-JMS-MJD |
| | ) | |
| MICHAEL COLEMAN (01), | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation dkt [148] recommending that Michael Coleman's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt [148]. The Court finds that Mr. Coleman committed Violation Number 2 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* at dkt. [132]. The Court dismissed Violation Numbers 1, 3, 4, and 5 at dkts. [125 and 137]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Coleman is sentenced to the custody of the Attorney General or his designee for a period of twenty-four (24) months and with no supervised release to follow. The Court recommends such sentence to be served concurrently with Defendant's Indiana State sentence in Case No. 49D31-2308-MR-023759. The Defendant was returned to the custody of the Indiana Department of Correction.

Date: 3/24/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system